FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0633

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0633

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAVID RAY SCHULTZ,

      Defendant and Appellant.

---

## ORDER

Upon consideration Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 12, 2024, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 30 2024